JS-44 Civil Cover Sheet Attachment

Defendants:

Department of Agriculture: Thomas Vilsack, Secretary of the Department of Agriculture; Lisa Mensah, Undersecretary For Rural Development; Tony Hernandez, Administrator Rural Housing Service; Vicki L. Walker, Oregon Rural Development State Director;

and

Gaylord George & Vicky Shiveley Revocable Trust; and

Vicky F. Shiveley, Trustee