Juhi S. Aggarwal, OSB No. 130764
jaggarwal@oregonlawcenter.org
Ellen Johnson, OSB No. 802785
eljohnson@oregonlawcenter.org
Michael Pijanowski, OSB No. 004426
mpijanowski@oregonlawcenter.org
Edward Johnson, OSB No. 965737
ejohnson@oregonlawcenter.org
OREGON LAW CENTER
230 NE 2nd Ave., Suite F
Hillsboro, OR 97124
(503) 640-4115

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LISA MCFALLS, MICHAEL MCFALLS, FRED WOODRING, and COMMUNITY ACTION RESOURCE ENTERPRISES, INC., an Oregon not-for-profit organization,<br><br>  Plaintiffs,<br><br>  v.<br><br>SONNY PERDUE, Secretary of the Department of Agriculture; ROGER GLENDENNING, Acting Undersecretary for Rural Development; RICH DAVIS, Acting Administrator Rural Housing Service; JILL REES, Acting Oregon Rural Development State Director; GAYLORD GEORGE & VICKY SHIVELEY REVOCABLE TRUST; and VICKY F. SHIVELEY, Trustee,<br><br>  Defendants.[1] | Case No. 3:16-cv-02116-SI<br><br><br>DEFENDANTS' CONSENT FOR PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT |

---

[1] Sonny Perdue, Roger Glendenning, Rich Davis, and Jill Reese are substituted for Defendants Thomas Vilsack, Lisa Mensah, Tony Hernandez, and Vicki L. Walker pursuant to Fed. R. Civ. P. 25(d).

Page 1 – STIPULATION FOR DISMISSAL OF ALL CLAIMS OF PLAINTIFF LILY HILBURN

Plaintiffs, by and through undersigned counsel, have requested consent from all Defendants to amend their Complaint. Fed. R. Civ. P. 15(a)(2). All Defendants, by and through undersigned counsel, consent to allow Plaintiffs to file their Second Amended Complaint.

Dated this 14th day of July, 2017.

Respectfully submitted,

| OREGON LAW CENTER<br><br>/s/ Juhi S. Aggarwal<br>_____<br><br>Juhi S. Aggarwal, OSB No. 130764<br>jaggarwal@oregonlawcenter.org<br>Ellen Johnson, OSB No. 802785<br>eljohnson@oregonlawcenter.org<br>Michael Pijanowski, OSB No. 004426<br>mpijanowski@oregonlawcenter.org<br>Edward Johnson, OSB No. 965737<br>ejohnson@oregonlawcenter.org<br>230 NE 2nd Ave., Suite F<br>Hillsboro, OR 97124<br>(503) 640-4115<br><br>Of Attorneys for Plaintiffs | BILLY J. WILLIAMS<br>United States Attorney<br>District of Oregon<br><br>Sean E. Martin, OSB No. 054338<br>Assistant United States Attorney<br>Attorneys for Federal Defendants |
|---|---|
| | Robert A. Lucas, OSB No. 650716<br><br>Attorney for Shiveley Defendants |