```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

LISA MCFALLS, et al.,              )
                                   )
         Plaintiffs,               )  Case No. 3:16-cv-02116-SI
                                   )
     v.                            )
                                   )
SONNY PERDUE, Secretary of the)       March 17, 2020
Department of Agriculture, et )
al.,                          )
         Defendants.               )  Portland, Oregon
_____)
```

                            **Telephone Hearing**

                         TRANSCRIPT OF PROCEEDINGS

                   BEFORE THE HONORABLE MICHAEL H. SIMON

                     UNITED STATES DISTRICT COURT JUDGE

```
 1
 2                              APPEARANCES
 3
 4   FOR THE PLAINTIFFS:    Mr. Gideon A. Anders
                            National Housing Law Project
 5                          703 Market Street, Suite 2000
                            San Francisco, CA 94103
 6
 7                          Mr. Michael A. Pijanowski
                            Legal Aid Services of Oregon
 8                          230 N.E. Second Avenue, Suite F
                            Hillsboro, OR 97124
 9
10                          Ms. Kathryn McNeill
                            Oregon Law Center
11                          230 N.E. 2nd Avenue, Suite F
                            Hillsboro, OR 97124
12
13
14   FOR THE DEFENDANT:     Mr. Sean E. Martin
                            United States Attorney's Office
15                          1000 S.W. Third Avenue, Suite 600
                            Portland, OR 97204
16
17
18
19   COURT REPORTER:        Bonita J. Shumway, CSR, RMR, CRR
                            United States District Courthouse
20                          1000 S.W. Third Avenue, Room 301
                            Portland, OR 97204
21                          (503)326-8188
                            bonita_shumway@ord.uscourts.gov
22
23
24
25
```

```
 1                    (P R O C E E D I N G S)
 2                  (March 17, 2020; 1:33 p.m.)
 3                          * * * * *
 4          THE CLERK:  Counsel, I'd like to get your appearances
 5  for the record before we begin.  Can we begin with plaintiffs,
 6  please.
 7          MR. PIJANOWSKI:  Good afternoon.  Mike Pijanowski for
 8  plaintiffs.
 9          MR. ANDERS:  Gideon Anders, also for plaintiffs.
10          THE CLERK:  Thank you.
11          MS. MCNEILL:  And Kathryn McNeill for plaintiffs.
12          THE CLERK:  And for defendants?
13          MR. MARTIN:  Good afternoon.  This is Sean Martin
14  with the U.S. Attorney's Office.
15          THE COURT:  All right.
16          THE CLERK:  Thank you.
17          Your Honor, this is the time set for a telephone
18  conference in Civil Case 16-2116-SI, McFalls, et al. versus
19  Perdue, et al.
20          And counsel, there is a court reporter present, so
21  please state your name before you speak.
22          And here is Judge Simon.
23          THE COURT:  Good afternoon, everyone.  I have
24  received and read your joint status report.  I would like to
25  hear a little bit more from the government in terms of what
```

```
 1  exactly are you expecting will happen in June, and tell me a
 2  little bit more about that situation, please.
 3          MR. MARTIN:  Well, thank you, Your Honor.  This is
 4  Sean Martin.
 5          First of all, things are on a hold.  I mean, there is
 6  no -- any kind of -- no imminent prepayment situation or risk
 7  with the Golden Eagle II project.  The best information I have
 8  is that in June, it will be known, if all goes according to
 9  plan, whether grant monies are available to the State of Oregon
10  to help enable this transfer to actually be completely
11  consummated.  So that's unknown right now.
12          The nonprofit entity has applied for the grant
13  funding, and Rural Development, the federal agency here that I
14  represent, has filed a letter to the (indiscernible) court of
15  that grant funding application, the point being this would help
16  preserve a loan from Housing Opportunities in that county.
17          But I don't have more information right now.  To be
18  frank, Judge, I don't know what effect the COVID situation will
19  have on timing.
20          THE COURT:  Sure, sure.
21          And let me ask you this, Mr. Martin.  Thank you.  Let
22  me ask you this as a follow-up.  If the funding is approved,
23  either June or whenever it gets approved, what steps need to
24  happen next in order for this nonprofit to then become the new
25  owner?
```

Case 3:16-cv-02116-SI   Document 133   Filed 03/24/22   Page 5 of 20

5

|     |                                                                              |
| --- | ---------------------------------------------------------------------------- |
| 1   | MR. MARTIN: You know, I know a lot has been                                  |
| 2   | preloaded. I wish I had more technical specifics on the tip of               |
| 3   | my tongue, Judge, but I do understand that this isn't imminent.              |
| 4   | If the money comes through, let's say, in June, I understand                 |
| 5   | that there is a 24-month maximum that this nonprofit entity has              |
| 6   | to sort of complete all the paperwork and get this property                  |
| 7   | into its hands and be on the deed chains and be the official                 |
| 8   | owner.                                                                       |
| 9   | So I know that there are some steps, but this is a                           |
| 10  | really significant positive development. During that public                  |
| 11  | posting process, right after the civil rights analysis was                   |
| 12  | issued, you know, and the agency reached out for interest and                |
| 13  | got this, and it looks like the initial vetting has been pretty              |
| 14  | positive, and it seems like it could be feasible.                            |
| 15  | So -- but I wish I had more of a technical outline.                          |
| 16  | I view the grant funding as sort of an important first step                  |
| 17  | that would sort of pave the way for this to be absolutely                    |
| 18  | something that's going to remain in the program portfolio.                   |
| 19  | THE COURT: And so that really anticipated my next                            |
| 20  | question, Mr. Martin, but let me just confirm that if the                    |
| 21  | funding goes through and if the closing takes place and the                  |
| 22  | nonprofit actually acquires ownership of the property, then the              |
| 23  | property remains in the program, and all of the statutory and                |
| 24  | regulatory protections for those people living on the property               |
| 25  | will then remain in place, correct?                                          |

Case 3:16-cv-02116-SI   Document 133   Filed 03/24/22   Page 5 of 20

5

1   MR. MARTIN:  You know, I know a lot has been
2   preloaded.  I wish I had more technical specifics on the tip of
3   my tongue, Judge, but I do understand that this isn't imminent.
4   If the money comes through, let's say, in June, I understand
5   that there is a 24-month maximum that this nonprofit entity has
6   to sort of complete all the paperwork and get this property
7   into its hands and be on the deed chains and be the official
8   owner.
9           So I know that there are some steps, but this is a
10  really significant positive development.  During that public
11  posting process, right after the civil rights analysis was
12  issued, you know, and the agency reached out for interest and
13  got this, and it looks like the initial vetting has been pretty
14  positive, and it seems like it could be feasible.
15          So -- but I wish I had more of a technical outline.
16  I view the grant funding as sort of an important first step
17  that would sort of pave the way for this to be absolutely
18  something that's going to remain in the program portfolio.
19          THE COURT:  And so that really anticipated my next
20  question, Mr. Martin, but let me just confirm that if the
21  funding goes through and if the closing takes place and the
22  nonprofit actually acquires ownership of the property, then the
23  property remains in the program, and all of the statutory and
24  regulatory protections for those people living on the property
25  will then remain in place, correct?

1    MR. MARTIN: Yes, that is my understanding, Your
2  Honor.
3    THE COURT: And am I also correct in assuming that at
4  least while things are going on, at least until we know whether
5  or not the funding goes through, there is no risk of any
6  adverse action to any of the tenants or the lessees? Am I
7  correct?
8    MR. MARTIN: Yes, Your Honor. I don't believe
9  there's any risk of harm to prepayment or losing this project,
10 yes.
11   THE COURT: All right. Thank you.
12   Does plaintiff want to be heard on anything?
13   MR. ANDERS: Yes, Your Honor. This is Mr. Anders.
14   THE COURT: Oh, Mr. Anders. I'm sorry.
15   MR. ANDERS: First of all, there are two issues.
16 First of all, my understanding is that the funding of the
17 nonprofit has applied to cover the purchase of the property.
18 It does not cover issues regarding leasing the property out to
19 standards where it could continue to operate under the RD
20 program for another 20 years, or actually possibly longer.
21   Also, typically what nonprofits do is they go under
22 the national low income housing tax credit program to get that
23 funding. That's a longer process which requires application
24 and requires -- possibly requires an individual to file or the
25 corporation to apply for the funding multiple times because

| | |
|---|---|
| 1 | there is significant competition for those funds. |
| 2 | My understanding is that in this case there are also, |
| 3 | for the grant funds, there are -- there is potentially |
| 4 | significant competition for these grant funds that the state |
| 5 | has made available. |
| 6 | Beyond that, there is an issue with RD in terms of |
| 7 | when the transfer can take place.  The agency has got a |
| 8 | two-step process.  However, in order to get that -- to get the |
| 9 | purchase completed, the nonprofit also has to get some funds |
| 10 | from a state-wide nonprofit lender, and they cannot make the |
| 11 | loan to the nonprofit to purchase the property unless the |
| 12 | government is willing to allow the use restrictions that will |
| 13 | be placed, and they'll be placed immediately upon the transfer, |
| 14 | to be listed in order for the nonprofit to get another funding |
| 15 | source to do all of the rehabilitation.  So there are a lot of |
| 16 | bits in flux in terms of this funding, and my understanding is |
| 17 | it's really competitive. |
| 18 | The other issue, Your Honor, is we have at least a -- |
| 19 | we have a nonprofit sponsor or organization as a plaintiff, and |
| 20 | the Court in its February 8 of 2018, I believe, ruling held |
| 21 | that their standing and their right to maintain this case does |
| 22 | not become moot simply because, as in the new case, the |
| 23 | government has voluntarily ceased to take the actions that it |
| 24 | is -- it has taken to try to preserve the development.  As we |
| 25 | point out -- as we pointed out before, there are at least three |

1  other projects in Tillamook County which are eligible to apply
2  for the payment, and while we do not know that any of them have
3  so far applied, they could apply at any point in time, and
4  therefore the issues which we're seeking to resolve will not be
5  resolved by the time they are brought.
6              THE COURT:  Thank you, Mr. Anders.
7              Any response, Mr. Martin?
8              MR. MARTIN:  Yes.  Thank you, Your Honor.
9              I would just point out that the government isn't
10 asking the Court at this point to dismiss the case on potential
11 mootness, but our point is it seems like an efficient use of
12 everyone's resources, given the lack of any kind of imminent
13 harm or really any change in the status quo, to put this
14 litigation on more of a back burner and let this transfer
15 process play out so we can see how this is stacking up before
16 we go back on (indiscernible) with motion practice.
17             And I'll also point out, I would say the government's
18 concern down the line with the transfer isn't necessarily,
19 quote/unquote, mootness, but it may be this as-applied
20 challenge to Golden Eagle II may become sort of a theoretical
21 or an advisory opinion type situation if you have, you know,
22 claims that aren't really live anymore, justiciable, based on
23 changed circumstances, it might not be a mootness question as
24 much as a question of an advisory opinion.
25             But, again, that's not what the government's concern

1    is right now.  It's more that this is a significant
2    development, a positive development, and in light of, you know,
3    just stacking up the harms, we think a stay is really
4    worthwhile at this point and nobody is really harmed, and it
5    avoids, particularly at this point in time, use of court
6    resources and government resources and the plaintiffs'
7    resources when there are probably higher priorities, given
8    where the facts are in this particular scenario now.
9               THE COURT:  All right.  Let me ask the parties this,
10   and I'll probably start with Mr. Anders.  I am inclined to stay
11   the litigation at least through the end of June, and I'm
12   understanding that perhaps by the end of June there may be a
13   slight delay because of the current public health emergency,
14   and knowing that, that I would think there might be a modest
15   extension at the end of June.
16              But I'd be inclined to stay the case and then direct
17   the government to file a status report on the situation by the
18   end of June, by June 30th.  But I don't want to deprive the
19   plaintiffs of their rights to oppose that, if you want to say
20   something more than what you've said today.
21              So if plaintiff will agree, without waiving any of
22   its rights, without acquiescing any stay, I'm fine with
23   entering a stay now until June 30th, but if plaintiff wants to
24   be heard further on that, then my plan would be to authorize
25   the United States to file a brief motion to stay and a brief

1  supporting memorandum, and then give the plaintiff an
2  opportunity to respond, the defendant an opportunity to reply,
3  and then I'll make a final decision on that record.
4          But I really don't want either side to waste their
5  time or to do anything really unnecessarily, and I really do
6  think that a stay through June 30th strikes me as appropriate,
7  but then again, if defendant -- if plaintiff wants to brief
8  this issue, I'll certainly let them do that, and then take a
9  closer look.
10          Mr. Anders.
11          MR. ANDERS:  Well, if I heard your -- the Court's
12  order of February 8th correctly, the claims of here the
13  nonprofit are potentially referable because of the fact that
14  they are a public project in Tillamook County, which can't be
15  stayed, therefore the case does not become moot at that point
16  in time even if the project gets stayed.  So I don't quite see
17  the purpose of delaying until June 30th.
18          THE COURT:  Well, right now we don't have a motion to
19  dismiss on mootness grounds or standing issues or anything like
20  that.  Probably it would be mootness.  We don't have that
21  motion, and I really don't want to get into those issues.
22          I do think, from my recollection, that this is an
23  as-applied challenge to the regulations as applied to Golden
24  Eagle No. II, and if it turns out that all of the tenants of
25  Golden Eagle No. II are fully protected, then I'd be skeptical

1  that this is the right vehicle to deal with any more abstract
2  issues that the nonprofit Community Action Resource Enterprises
3  may wish to assert, but nor would I want to resolve that
4  nuanced of a question without briefing by both sides.
5           But I think that it doesn't do any harm to the people
6  living at Golden Eagle II to wait until June 30th, see what
7  happens.  And then as we maybe march forward with this,
8  Mr. Martin, it might very well be on you then to file some type
9  of more fleshed-out memorandum that will give me a better
10 understanding of what the arguments will be if the transaction
11 closes, and then we can hear Mr. Anders' and plaintiffs'
12 arguments for what in his view or their view the effect of that
13 might be.
14          But I think right now the appropriate thing to do is
15 to stay this case until June 30th, 2020.  I'll direct
16 Mr. Martin, the defendants, to provide a status report on the
17 funding issue for Golden Eagle II property not later than
18 June 30th.
19          If for whatever reason, Mr. Martin, it falls
20 through -- permanently falls through before then, don't wait
21 until June 30th.  Let us all know in a timely fashion.  If you
22 need -- if it turns out that because of the public health
23 emergency, the approval on public funding is going to take a
24 bit longer than June 30th, then with your June 30th status
25 report, feel free to file a more formal motion for an extension

```
1    of the stay, telling me when you want the stay till, what the
2    status is, and what you think the likely future situation may
3    look like.
4              Does that make sense, Mr. Martin?
5              MR. MARTIN:  Yes.  I will do so, Your Honor.  Thank
6    you.
7              THE COURT:  And Mr. Anders, I understand your point
8    right now, but I'd like you to at least give some thought to --
9    and at some point we'll maybe need to see some briefing on the
10   question of if an appropriate nonprofit receives funding and
11   purchases outright Golden Eagle No. II, such that all of the
12   named plaintiffs -- McFalls, McFalls, and Woodring -- are fully
13   protected, and if Community Action Resource Enterprises, who
14   has brought this also as a plaintiff, but I think in an implied
15   context, if you think that the case is not going to become
16   moot, at some point I'm going to need to see briefing.
17             Now, of course, the government is going to have to
18   file that motion to dismiss on mootness, and they're going to
19   have to go first, but I think that it's not simply a question
20   of voluntary cessation anymore if a new owner takes ownership
21   of the building as a nonprofit and the building remains in the
22   program.  That's not going to be the same thing purely as a
23   voluntary cessation issue.
24             All right.  So we have our game plan until June 30th.
25             Anything else we should discuss this afternoon?
```

```
 1  Mr. Martin?
 2          MR. MARTIN:  Nothing from the government, Your Honor.
 3          THE COURT:  Thank you.
 4          Mr. Anders?
 5          MR. ANDERS:  No, I don't have anything further.
 6          THE COURT:  All right.  Thank you all very much for
 7  calling in.  Stay healthy, everyone.
 8          (Proceedings concluded at 1:49 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1
2                             --o0o--
3
4         I certify, by signing below, that the foregoing is a
5   correct transcript of the record of proceedings in the
6   above-entitled cause.  A transcript without an original
7   signature or conformed signature is not certified.
8
9
    /s/Bonita J. Shumway                   March 22, 2022
10  _____       _____
    BONITA J. SHUMWAY, CSR, RMR, CRR       DATE
11  Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| **MR. ANDERS: [5]** 3/9 6/13 6/15 10/11 13/5 | **8th [1]** 10/12 | **approved [2]** 4/22 4/23 |
| **MR. MARTIN: [8]** 3/13 4/3 5/1 6/1 6/8 8/8 12/5 13/2 | **9** | **are [18]** |
| **MR. PIJANOWSKI: [1]** 3/7 | **94103 [1]** 2/5 | **aren't [1]** 8/22 |
| **MS. MCNEILL: [1]** 3/11 | **97124 [2]** 2/8 2/11 | **arguments [2]** 11/10 11/12 |
| **THE CLERK: [4]** 3/4 3/10 3/12 3/16 | **97204 [2]** 2/15 2/20 | **as [16]** |
| **THE COURT: [13]** 3/15 3/23 4/20 5/19 6/3 6/11 6/14 8/6 9/9 10/18 12/7 13/3 13/6 | **A** | **as-applied [2]** 8/19 10/23 |
| | **about [1]** 4/2 | **ask [3]** 4/21 4/22 9/9 |
| **-** | **above [1]** 14/6 | **asking [1]** 8/10 |
| **--o0o [1]** 14/2 | **above-entitled [1]** 14/6 | **assert [1]** 11/3 |
| | **absolutely [1]** 5/17 | **assuming [1]** 6/3 |
| **/** | **abstract [1]** 11/1 | **Attorney's [2]** 2/14 3/14 |
| **/s/Bonita [1]** 14/9 | **according [1]** 4/8 | **authorize [1]** 9/24 |
| | **acquiescing [1]** 9/22 | **available [2]** 4/9 7/5 |
| **1** | **acquires [1]** 5/22 | **Avenue [4]** 2/8 2/11 2/15 2/20 |
| **1000 [2]** 2/15 2/20 | **action [3]** 6/6 11/2 12/13 | **avoids [1]** 9/5 |
| **16-2116-SI [1]** 3/18 | **actions [1]** 7/23 | |
| **17 [2]** 1/6 3/2 | **actually [3]** 4/10 5/22 6/20 | **B** |
| **1:33 [1]** 3/2 | **adverse [1]** 6/6 | **back [2]** 8/14 8/16 |
| **1:49 [1]** 13/8 | **advisory [2]** 8/21 8/24 | **based [1]** 8/22 |
| | **after [1]** 5/11 | **be [26]** |
| **2** | **afternoon [4]** 3/7 3/13 3/23 12/25 | **because [5]** 6/25 7/22 9/13 10/13 11/22 |
| **20 [1]** 6/20 | **again [2]** 8/25 10/7 | **become [5]** 4/24 7/22 8/20 10/15 12/15 |
| **2000 [1]** 2/5 | **agency [3]** 4/13 5/12 7/7 | **been [2]** 5/1 5/13 |
| **2018 [1]** 7/20 | **agree [1]** 9/21 | **before [6]** 1/17 3/5 3/21 7/25 8/15 11/20 |
| **2020 [3]** 1/6 3/2 11/15 | **Agriculture [1]** 1/6 | **begin [2]** 3/5 3/5 |
| **2022 [1]** 14/9 | **Aid [1]** 2/7 | **being [1]** 4/15 |
| **22 [1]** 14/9 | **al [4]** 1/3 1/7 3/18 3/19 | **believe [2]** 6/8 7/20 |
| **230 [2]** 2/8 2/11 | **all [16]** | **below [1]** 14/4 |
| **24-month [1]** 5/5 | **allow [1]** 7/12 | **best [1]** 4/7 |
| **2nd [1]** 2/11 | **also [7]** 3/9 6/3 6/21 7/2 7/9 8/17 12/14 | **better [1]** 11/9 |
| | **am [3]** 6/3 6/6 9/10 | **Beyond [1]** 7/6 |
| **3** | **analysis [1]** 5/11 | **bit [3]** 3/25 4/2 11/24 |
| **301 [1]** 2/20 | **Anders [9]** 2/4 3/9 6/13 6/14 8/6 9/10 10/10 12/7 13/4 | **bits [1]** 7/16 |
| **30th [11]** 9/18 9/23 10/6 10/17 11/6 11/15 11/18 11/21 11/24 11/24 12/24 | **Anders' [1]** 11/11 | **bonita [4]** 2/19 2/21 14/9 14/10 |
| **326-8188 [1]** 2/21 | **another [2]** 6/20 7/14 | **both [1]** 11/4 |
| **3:16-cv-02116-SI [1]** 1/4 | **anticipated [1]** 5/19 | **brief [3]** 9/25 9/25 10/7 |
| | **any [13]** 4/6 6/5 6/6 6/9 8/2 8/3 8/7 8/12 8/13 9/21 9/22 11/1 11/5 | **briefing [3]** 11/4 12/9 12/16 |
| **5** | **anymore [2]** 8/22 12/20 | **brought [2]** 8/5 12/14 |
| **503 [1]** 2/21 | **anything [5]** 6/12 10/5 10/19 12/25 13/5 | **building [2]** 12/21 12/21 |
| | **appearances [2]** 2/2 3/4 | **burner [1]** 8/14 |
| **6** | **application [2]** 4/15 6/23 | |
| **600 [1]** 2/15 | **applied [6]** 4/12 6/17 8/3 8/19 10/23 10/23 | **C** |
| | **apply [3]** 6/25 8/1 8/3 | **CA [1]** 2/5 |
| **7** | **appropriate [3]** 10/6 11/14 12/10 | **calling [1]** 13/7 |
| **703 [1]** 2/5 | **approval [1]** 11/23 | **can [4]** 3/5 7/7 8/15 11/11 |
| | | **can't [1]** 10/14 |
| **8** | | **cannot [1]** 7/10 |
| **8188 [1]** 2/21 | | **case [10]** 1/4 3/18 7/2 7/21 7/22 8/10 9/16 10/15 11/15 12/15 |
| | | **cause [1]** 14/6 |
| | | **ceased [1]** 7/23 |

**C**
Center [1] 2/10
certainly [1] 10/8
certified [1] 14/7
certify [1] 14/4
cessation [2] 12/20 12/23
chains [1] 5/7
challenge [2] 8/20 10/23
change [1] 8/13
changed [1] 8/23
circumstances [1] 8/23
civil [2] 3/18 5/11
claims [2] 8/22 10/12
closer [1] 10/9
closes [1] 11/11
closing [1] 5/21
comes [1] 5/4
Community [2] 11/2 12/13
competition [2] 7/1 7/4
competitive [1] 7/17
complete [1] 5/6
completed [1] 7/9
completely [1] 4/10
concern [2] 8/18 8/25
concluded [1] 13/8
conference [1] 3/18
confirm [1] 5/20
conformed [1] 14/7
consummated [1] 4/11
context [1] 12/15
continue [1] 6/19
corporation [1] 6/25
correct [4] 5/25 6/3 6/7 14/5
correctly [1] 10/12
could [3] 5/14 6/19 8/3
counsel [2] 3/4 3/20
county [3] 4/16 8/1 10/14
course [1] 12/17
court [9] 1/1 1/18 2/19 3/20 4/14 7/20 8/10 9/5 14/11
Court's [1] 10/11
Courthouse [1] 2/19
cover [2] 6/17 6/18
COVID [1] 4/18
credit [1] 6/22
CRR [2] 2/19 14/10
CSR [2] 2/19 14/10
current [1] 9/13
cv [1] 1/4

**D**
DATE [1] 14/10
deal [1] 11/1
decision [1] 10/3
deed [1] 5/7
defendant [3] 2/14 10/2 10/7
defendants [3] 1/7 3/12 11/16
delay [1] 9/13
delaying [1] 10/17
Department [1] 1/6
deprive [1] 9/18
development [5] 4/13 5/10 7/24 9/2 9/2
direct [2] 9/16 11/15
discuss [1] 12/25
dismiss [3] 8/10 10/19 12/18
DISTRICT [4] 1/1 1/2 1/18 2/19
do [11] 5/3 6/21 7/15 8/2 10/5 10/5 10/8 10/22 11/5 11/14 12/5
does [5] 6/12 6/18 7/21 10/15 12/4
doesn't [1] 11/5
don't [11] 4/17 4/18 6/8 9/18 10/4 10/16 10/18 10/20 10/21 11/20 13/5
down [1] 8/18
During [1] 5/10

**E**
Eagle [7] 4/7 8/20 10/24 10/25 11/6 11/17 12/11
effect [2] 4/18 11/12
efficient [1] 8/11
either [2] 4/23 10/4
eligible [1] 8/1
else [1] 12/25
emergency [2] 9/13 11/23
enable [1] 4/10
end [4] 9/11 9/12 9/15 9/18
entering [1] 9/23
Enterprises [2] 11/2 12/13
entitled [1] 14/6
entity [2] 4/12 5/5
et [4] 1/3 1/6 3/18 3/19
even [1] 10/16
everyone [2] 3/23 13/7
everyone's [1] 8/12
exactly [1] 4/1
expecting [1] 4/1
extension [2] 9/15 11/25

**F**
fact [1] 10/13
facts [1] 9/8
falls [2] 11/19 11/20
far [1] 8/3
fashion [1] 11/21
feasible [1] 5/14
February [2] 7/20 10/12
federal [1] 4/13
feel [1] 11/25
file [6] 6/24 9/17 9/25 11/8 11/25 12/18
filed [1] 4/14
final [1] 10/3
fine [1] 9/22
first [5] 4/5 5/16 6/15 6/16 12/19
fleshed [1] 11/9
fleshed-out [1] 11/9
flux [1] 7/16
follow [1] 4/22
follow-up [1] 4/22
foregoing [1] 14/4
formal [1] 11/25
forward [1] 11/7
Francisco [1] 2/5
frank [1] 4/18
free [1] 11/25
fully [2] 10/25 12/12
funding [14] 4/13 4/15 4/22 5/16 5/21 6/5 6/16 6/23 6/25 7/14 7/16 11/17 11/23 12/10
funds [4] 7/1 7/3 7/4 7/9
further [2] 9/24 13/5
future [1] 12/2

**G**
game [1] 12/24
get [8] 3/4 5/6 6/22 7/8 7/8 7/9 7/14 10/21
gets [2] 4/23 10/16
Gideon [2] 2/4 3/9
give [3] 10/1 11/9 12/8
given [2] 8/12 9/7
go [3] 6/21 8/16 12/19
goes [3] 4/8 5/21 6/5
going [8] 5/18 6/4 11/23 12/15 12/16 12/17 12/18 12/22
Golden [7] 4/7 8/20 10/23 10/25 11/6 11/17 12/11
Good [3] 3/7 3/13 3/23
got [2] 5/13 7/7
government [8] 3/25 7/12 7/23 8/9 9/6 9/17 12/17 13/2
government's [2] 8/17 8/25
grant [6] 4/9 4/12 4/15 5/16 7/3 7/4
grounds [1] 10/19

**H**
had [2] 5/2 5/15
hands [1] 5/7

## H

**happen [2]** 4/1 4/24
**happens [1]** 11/7
**harm [3]** 6/9 8/13 11/5
**harmed [1]** 9/4
**harms [1]** 9/3
**has [12]** 4/12 4/14 5/1 5/5 5/13 6/17 7/5 7/7 7/9 7/23 7/24 12/14
**have [14]** 3/23 4/7 4/17 4/19 7/18 7/19 8/2 8/21 10/18 10/20 12/17 12/19 12/24 13/5
**health [2]** 9/13 11/22
**healthy [1]** 13/7
**hear [2]** 3/25 11/11
**heard [3]** 6/12 9/24 10/11
**Hearing [1]** 1/15
**held [1]** 7/20
**help [2]** 4/10 4/15
**here [3]** 3/22 4/13 10/12
**higher [1]** 9/7
**Hillsboro [2]** 2/8 2/11
**his [1]** 11/12
**hold [1]** 4/5
**Honor [9]** 3/17 4/3 6/2 6/8 6/13 7/18 8/8 12/5 13/2
**HONORABLE [1]** 1/17
**housing [3]** 2/4 4/16 6/22
**how [1]** 8/15
**However [1]** 7/8

## I

**I'd [4]** 3/4 9/16 10/25 12/8
**I'll [5]** 8/17 9/10 10/3 10/8 11/15
**I'm [4]** 6/14 9/11 9/22 12/16
**II [7]** 4/7 8/20 10/24 10/25 11/6 11/17 12/11
**immediately [1]** 7/13
**imminent [3]** 4/6 5/3 8/12
**implied [1]** 12/14
**important [1]** 5/16
**inclined [2]** 9/10 9/16
**income [1]** 6/22
**indiscernible [2]** 4/14 8/16
**individual [1]** 6/24
**information [2]** 4/7 4/17
**initial [1]** 5/13
**interest [1]** 5/12
**is [38]**
**isn't [3]** 5/3 8/9 8/18
**issue [5]** 7/6 7/18 10/8 11/17 12/23
**issued [1]** 5/12
**issues [6]** 6/15 6/18 8/4 10/19 10/21 11/2
**it [19]**
**it's [3]** 7/17 9/1 12/19
**its [3]** 5/7 7/20 9/22

## J

**joint [1]** 3/24
**JUDGE [4]** 1/18 3/22 4/18 5/3
**June [19]**
**June 30th [11]** 9/18 9/23 10/6 10/17 11/6 11/15 11/18 11/21 11/24 11/24 12/24
**just [3]** 5/20 8/9 9/3
**justiciable [1]** 8/22

## K

**Kathryn [2]** 2/10 3/11
**kind [2]** 4/6 8/12
**kind of [1]** 4/6
**know [10]** 4/18 5/1 5/1 5/9 5/12 6/4 8/2 8/21 9/2 11/21
**knowing [1]** 9/14
**known [1]** 4/8

## L

**lack [1]** 8/12
**later [1]** 11/17
**Law [2]** 2/4 2/10
**leasing [1]** 6/18
**least [6]** 6/4 6/4 7/18 7/25 9/11 12/8
**Legal [1]** 2/7
**lender [1]** 7/10
**lessees [1]** 6/6
**let [7]** 4/21 4/21 5/20 8/14 9/9 10/8 11/21
**let's [1]** 5/4
**letter [1]** 4/14
**light [1]** 9/2
**like [8]** 3/4 3/24 5/13 5/14 8/11 10/19 12/3 12/8
**likely [1]** 12/2
**line [1]** 8/18
**LISA [1]** 1/3
**listed [1]** 7/14
**litigation [2]** 8/14 9/11
**little [2]** 3/25 4/2
**live [1]** 8/22
**living [2]** 5/24 11/6
**loan [2]** 4/16 7/11
**longer [3]** 6/20 6/23 11/24
**look [2]** 10/9 12/3
**looks [1]** 5/13
**losing [1]** 6/9
**lot [2]** 5/17 7/15
**low [1]** 6/22

## M

**made [1]** 7/5
**maintain [1]** 7/21
**make [3]** 7/10 10/3 12/4
**march [4]** 1/6 3/2 11/7 14/9
**Market [1]** 2/5
**Martin [11]** 2/14 3/13 4/4 4/21 5/20 8/7 11/8 11/16 11/19 12/4 13/1
**maximum [1]** 5/5
**may [5]** 8/19 8/20 9/12 11/3 12/2
**maybe [2]** 11/7 12/9
**MCFALLS [4]** 1/3 3/18 12/12 12/12
**McNeill [2]** 2/10 3/11
**me [8]** 4/1 4/21 4/22 5/20 9/9 10/6 11/9 12/1
**mean [1]** 4/5
**memorandum [2]** 10/1 11/9
**MICHAEL [2]** 1/17 2/7
**might [4]** 8/23 9/14 11/8 11/13
**Mike [1]** 3/7
**modest [1]** 9/14
**money [1]** 5/4
**monies [1]** 4/9
**month [1]** 5/5
**moot [3]** 7/22 10/15 12/16
**mootness [6]** 8/11 8/19 8/23 10/19 10/20 12/18
**more [11]** 3/25 4/2 4/17 5/2 5/15 8/14 9/1 9/20 11/1 11/9 11/25
**motion [6]** 8/16 9/25 10/18 10/21 11/25 12/18
**Mr [4]** 2/4 2/7 2/14 6/14
**Mr. [15]**
**Mr. Anders [6]** 6/13 8/6 9/10 10/10 12/7 13/4
**Mr. Anders' [1]** 11/11
**Mr. Martin [8]** 4/21 5/20 8/7 11/8 11/16 11/19 12/4 13/1
**Ms [1]** 2/10
**much [2]** 8/24 13/6
**multiple [1]** 6/25
**my [8]** 5/3 5/19 6/1 6/16 7/2 7/16 9/24 10/22

## N

**N.E [2]** 2/8 2/11
**name [1]** 3/21
**named [1]** 12/12

## N
**national [2]** 2/4 6/22
**necessarily [1]** 8/18
**need [4]** 4/23 11/22 12/9 12/16
**new [3]** 4/24 7/22 12/20
**next [2]** 4/24 5/19
**no [5]** 1/4 4/6 4/6 6/5 13/5
**No. [3]** 10/24 10/25 12/11
**No. II [3]** 10/24 10/25 12/11
**nobody [1]** 9/4
**nonprofit [14]** 4/12 4/24 5/5 5/22 6/17 7/9 7/10 7/11 7/14 7/19 10/13 11/2 12/10 12/21
**nonprofits [1]** 6/21
**not [13]** 6/5 6/18 7/22 8/2 8/4 8/23 8/25 10/15 11/17 12/15 12/19 12/22 14/7
**Nothing [1]** 13/2
**now [9]** 4/11 4/17 9/1 9/8 9/23 10/18 11/14 12/8 12/17
**nuanced [1]** 11/4

## O
**o0o [1]** 14/2
**Office [2]** 2/14 3/14
**official [2]** 5/7 14/11
**Oh [1]** 6/14
**operate [1]** 6/19
**opinion [2]** 8/21 8/24
**Opportunities [1]** 4/16
**opportunity [2]** 10/2 10/2
**oppose [1]** 9/19
**ord.uscourts.gov [1]** 2/21
**order [4]** 4/24 7/8 7/14 10/12
**OREGON [5]** 1/2 1/7 2/7 2/10 4/9
**organization [1]** 7/19
**original [1]** 14/6
**other [2]** 7/18 8/1
**our [2]** 8/11 12/24
**out [10]** 5/12 6/18 7/25 7/25 8/9 8/15 8/17 10/24 11/9 11/22
**outline [1]** 5/15
**outright [1]** 12/11
**owner [3]** 4/25 5/8 12/20
**ownership [2]** 5/22 12/20

## P
**p.m [2]** 3/2 13/8
**paperwork [1]** 5/6
**particular [1]** 9/8
**particularly [1]** 9/5
**parties [1]** 9/9
**pave [1]** 5/17
**payment [1]** 8/2
**people [2]** 5/24 11/5
**PERDUE [2]** 1/6 3/19
**perhaps [1]** 9/12
**permanently [1]** 11/20
**Pijanowski [2]** 2/7 3/7
**place [3]** 5/21 5/25 7/7
**placed [2]** 7/13 7/13
**plaintiff [7]** 6/12 7/19 9/21 9/23 10/1 10/7 12/14
**plaintiffs [8]** 1/4 2/4 3/5 3/8 3/9 3/11 9/19 12/12
**plaintiffs' [2]** 9/6 11/11
**plan [3]** 4/9 9/24 12/24
**play [1]** 8/15
**please [3]** 3/6 3/21 4/2
**point [13]** 4/15 7/25 8/3 8/9 8/10 8/11 8/17 9/4 9/5 10/15 12/7 12/9 12/16
**pointed [1]** 7/25
**portfolio [1]** 5/18
**Portland [3]** 1/7 2/15 2/20
**positive [3]** 5/10 5/14 9/2
**possibly [2]** 6/20 6/24
**posting [1]** 5/11
**potential [1]** 8/10
**potentially [2]** 7/3 10/13
**practice [1]** 8/16
**preloaded [1]** 5/2
**prepayment [2]** 4/6 6/9
**present [1]** 3/20
**preserve [2]** 4/16 7/24
**pretty [1]** 5/13
**priorities [1]** 9/7
**probably [3]** 9/7 9/10 10/20
**proceedings [3]** 1/16 13/8 14/5
**process [4]** 5/11 6/23 7/8 8/15
**program [5]** 5/18 5/23 6/20 6/22 12/22
**project [5]** 2/4 4/7 6/9 10/14 10/16
**projects [1]** 8/1
**property [8]** 5/6 5/22 5/23 5/24 6/17 6/18 7/11 11/17
**protected [2]** 10/25 12/13
**protections [1]** 5/24
**provide [1]** 11/16
**public [5]** 5/10 9/13 10/14 11/22 11/23
**purchase [3]** 6/17 7/9 7/11
**purchases [1]** 12/11
**purely [1]** 12/22
**purpose [1]** 10/17
**put [1]** 8/13

## Q
**question [6]** 5/20 8/23 8/24 11/4 12/10 12/19
**quite [1]** 10/16
**quo [1]** 8/13
**quote [1]** 8/19
**quote/unquote [1]** 8/19

## R
**RD [2]** 6/19 7/6
**reached [1]** 5/12
**read [1]** 3/24
**really [11]** 5/10 5/19 7/17 8/13 8/22 9/3 9/4 10/4 10/5 10/5 10/21
**reason [1]** 11/19
**received [1]** 3/24
**receives [1]** 12/10
**recollection [1]** 10/22
**record [3]** 3/5 10/3 14/5
**referable [1]** 10/13
**regarding [1]** 6/18
**regulations [1]** 10/23
**regulatory [1]** 5/24
**rehabilitation [1]** 7/15
**remain [2]** 5/18 5/25
**remains [2]** 5/23 12/21
**reply [1]** 10/2
**report [4]** 3/24 9/17 11/16 11/25
**reporter [3]** 2/19 3/20 14/11
**represent [1]** 4/14
**requires [3]** 6/23 6/24 6/24
**resolve [2]** 8/4 11/3
**resolved [1]** 8/5
**Resource [2]** 11/2 12/13
**resources [4]** 8/12 9/6 9/6 9/7
**respond [1]** 10/2
**response [1]** 8/7
**restrictions [1]** 7/12
**right [14]** 3/15 4/11 4/17 5/11 6/11 7/21 9/1 9/9 10/18 11/1 11/14 12/8 12/24 13/6
**rights [3]** 5/11 9/19 9/22
**risk [3]** 4/6 6/5 6/9
**RMR [2]** 2/19 14/10
**Room [1]** 2/20
**ruling [1]** 7/20
**Rural [1]** 4/13

## S
**S.W [2]** 2/15 2/20
**said [1]** 9/20
**same [1]** 12/22
**San [1]** 2/5

## S

**say [3]**  5/4 8/17 9/19
**scenario [1]**  9/8
**Sean [3]**  2/14 3/13 4/4
**Second [1]**  2/8
**Secretary [1]**  1/6
**see [5]**  8/15 10/16 11/6 12/9 12/16
**seeking [1]**  8/4
**seems [2]**  5/14 8/11
**sense [1]**  12/4
**Services [1]**  2/7
**set [1]**  3/17
**should [1]**  12/25
**shumway [4]**  2/19 2/21 14/9 14/10
**SI [2]**  1/4 3/18
**side [1]**  10/4
**sides [1]**  11/4
**signature [2]**  14/7 14/7
**significant [4]**  5/10 7/1 7/4 9/1
**signing [1]**  14/4
**SIMON [2]**  1/17 3/22
**simply [2]**  7/22 12/19
**situation [6]**  4/2 4/6 4/18 8/21 9/17 12/2
**skeptical [1]**  10/25
**slight [1]**  9/13
**so [12]**  3/20 4/11 5/9 5/15 5/19 7/15 8/3 8/15 9/21 10/16 12/5 12/24
**some [7]**  5/9 7/9 11/8 12/8 12/9 12/9 12/16
**something [2]**  5/18 9/20
**SONNY [1]**  1/6
**sorry [1]**  6/14
**sort [4]**  5/6 5/16 5/17 8/20
**source [1]**  7/15
**speak [1]**  3/21
**specifics [1]**  5/2
**sponsor [1]**  7/19
**stacking [2]**  8/15 9/3
**standards [1]**  6/19
**standing [2]**  7/21 10/19
**start [1]**  9/10
**state [4]**  3/21 4/9 7/4 7/10
**state-wide [1]**  7/10
**STATES [5]**  1/1 1/18 2/14 2/19 9/25
**status [6]**  3/24 8/13 9/17 11/16 11/24 12/2
**statutory [1]**  5/23
**stay [11]**  9/3 9/10 9/16 9/22 9/23 9/25 10/6 11/15 12/1 12/1

13/7
**stayed [2]**  10/15 10/16
**step [2]**  5/16 7/8
**steps [2]**  4/23 5/9
**Street [1]**  2/5
**strikes [1]**  10/6
**such [1]**  12/11
**Suite [4]**  2/5 2/8 2/11 2/15
**supporting [1]**  10/1
**sure [2]**  4/20 4/20

## T

**take [4]**  7/7 7/23 10/8 11/23
**taken [1]**  7/24
**takes [2]**  5/21 12/20
**tax [1]**  6/22
**technical [2]**  5/2 5/15
**telephone [2]**  1/15 3/17
**tell [1]**  4/1
**telling [1]**  12/1
**tenants [2]**  6/6 10/24
**terms [3]**  3/25 7/6 7/16
**than [3]**  9/20 11/17 11/24
**thank [10]**  3/10 3/16 4/3 4/21 6/11 8/6 8/8 12/5 13/3 13/6
**that [55]**
**that's [5]**  4/11 5/18 6/23 8/25 12/22
**their [5]**  7/21 7/21 9/19 10/4 11/12
**them [2]**  8/2 10/8
**then [15]**
**theoretical [1]**  8/20
**there [16]**
**there's [1]**  6/9
**therefore [2]**  8/4 10/15
**these [1]**  7/4
**they [5]**  6/21 7/10 8/3 8/5 10/14
**they'll [1]**  7/13
**they're [1]**  12/18
**thing [2]**  11/14 12/22
**things [2]**  4/5 6/4
**think [10]**  9/3 9/14 10/6 10/22 11/5 11/14 12/2 12/14 12/15 12/19
**Third [2]**  2/15 2/20
**this [36]**
**those [3]**  5/24 7/1 10/21
**thought [1]**  12/8
**three [1]**  7/25
**through [7]**  5/4 5/21 6/5 9/11 10/6 11/20 11/20
**till [1]**  12/1
**Tillamook [2]**  8/1 10/14
**time [6]**  3/17 8/3 8/5 9/5 10/5

10/16
**timely [1]**  11/21
**times [1]**  6/25
**timing [1]**  4/19
**tip [1]**  5/2
**today [1]**  9/20
**tongue [1]**  5/3
**transaction [1]**  11/10
**transcript [3]**  1/16 14/5 14/6
**transfer [5]**  4/10 7/7 7/13 8/14 8/18
**try [1]**  7/24
**turns [2]**  10/24 11/22
**two [2]**  6/15 7/8
**two-step [1]**  7/8
**type [2]**  8/21 11/8
**typically [1]**  6/21

## U

**U.S [1]**  3/14
**under [2]**  6/19 6/21
**understand [3]**  5/3 5/4 12/7
**understanding [6]**  6/1 6/16 7/2 7/16 9/12 11/10
**UNITED [5]**  1/1 1/18 2/14 2/19 9/25
**unknown [1]**  4/11
**unless [1]**  7/11
**unnecessarily [1]**  10/5
**unquote [1]**  8/19
**until [7]**  6/4 9/23 10/17 11/6 11/15 11/21 12/24
**up [3]**  4/22 8/15 9/3
**upon [1]**  7/13
**us [1]**  11/21
**use [3]**  7/12 8/11 9/5

## V

**vehicle [1]**  11/1
**versus [1]**  3/18
**very [2]**  11/8 13/6
**vetting [1]**  5/13
**view [3]**  5/16 11/12 11/12
**voluntarily [1]**  7/23
**voluntary [2]**  12/20 12/23

## W

**wait [2]**  11/6 11/20
**waiving [1]**  9/21
**want [7]**  6/12 9/18 9/19 10/4 10/21 11/3 12/1
**wants [2]**  9/23 10/7
**was [1]**  5/11
**waste [1]**  10/4
**way [1]**  5/17

## W

**we [17]**
**we'll [1]** 12/9
**we're [1]** 8/4
**well [4]** 4/3 10/11 10/18 11/8
**what [11]** 3/25 4/18 4/23 6/21 8/25 9/20 11/6 11/10 11/12 12/1 12/2
**whatever [1]** 11/19
**when [3]** 7/7 9/7 12/1
**whenever [1]** 4/23
**where [2]** 6/19 9/8
**whether [2]** 4/9 6/4
**which [4]** 6/23 8/1 8/4 10/14
**while [2]** 6/4 8/2
**who [1]** 12/13
**wide [1]** 7/10
**will [10]** 4/1 4/8 4/18 5/25 7/12 8/4 9/21 11/9 11/10 12/5
**willing [1]** 7/12
**wish [3]** 5/2 5/15 11/3
**without [4]** 9/21 9/22 11/4 14/6
**Woodring [1]** 12/12
**worthwhile [1]** 9/4
**would [9]** 3/24 4/15 5/17 8/9 8/17 9/14 9/24 10/20 11/3

## Y

**years [1]** 6/20
**yes [6]** 6/1 6/8 6/10 6/13 8/8 12/5
**you [26]**
**you've [1]** 9/20
**your [15]**