IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA McFALLS, MICHAEL McFALLS, FRED WOODRING, and COMMUNITY ACTION RESOURCE ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, Secretary of the Department of Agriculture; JUSTIN MAXSON, Deputy Undersecretary for Rural Development; JOAQUIN ALTORO, Administrator of the Rural Housing Service; and MARGARET HOFFMANN, Oregon Rural Development State Director, <br><br> Defendants. | Case No. 3:16-cv-2116-SI <br><br> **JUDGMENT** |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 1st day of June, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT