# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> COMMUNITY ACTION RESOURCE ENTERPRISES, INC.

Name(s) of counsel (if any):

> Gideon A. Anders
> National Housing Law Project

Address: 1663 Mission Street, Suite 460, San Francisco, CA 94103

Telephone number(s): (415) 546-7000, (510) 866-7289

Email(s): ganders@nhlp.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> THOMAS J. VILSACK, Secretary of the Department of Agriculture; JUSTIN MAXSON, Deputy Undersecretary for Rural Development; JOAQUIN ALTORO, Administrator of the Rural Housing Service

Name(s) of counsel (if any):

> Scott Erik Asphaug, United States Attorney;
> Sean E. Martin and Joshua Keller, Assistant United States Attorneys
> United States Attorney's Office, District of Oregon

Address: 1000 SW Third Avenue, Suite 600, Portland, OR 97204

Telephone number(s): (503) 727-1000

Email(s): sean.martin@usdoj.gov; joshua.keller@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Michael Pijanowski, Richard Peel and Edward Johnson, Oregon Law Center

Address: 230 NE Second Avenue, Suite F, Hillsboro, OR 97124

Telephone number(s): (503) 640-4115

Email(s): mpijanowski@oregonlawcenter.org; ejohnson@oregonlawcenter.org

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ⦿ No

**<u>Appellees</u>**

Name(s) of party/parties:

MAGARET HOFFMAN, Oregon Rural Development State Director

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*

## Addendum to Representation Statement

**Appellant**

    counsel's email:   rpeel@oregonlawcenter.org