| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 2 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COMMUNITY ACTION RESOURCE ENTERPRISES, INC., an Oregon not-for-profit organization,

    Plaintiff-Appellant,

and

LISA MCFALLS; et al.,

    Plaintiffs,

v.

THOMAS J. VILSACK, Secretary of the U.S. Department of Agriculture; et al.,

    Defendants-Appellees.

No. 22-35539

D.C. No. 3:16-cv-02116-SI
District of Oregon,
Portland

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on Tuesday, June 13, 2023, in Portland, Oregon. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT