UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COMMUNITY ACTION RESOURCE ENTERPRISES, INC., an Oregon not-for-profit organization,<br><br>       Plaintiff - Appellant,<br><br>and<br><br>LISA MCFALLS; et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>THOMAS J. VILSACK, Secretary of the U.S. Department of Agriculture; et al.,<br><br>       Defendants - Appellees. | No. 22-35539<br><br>D.C. No. 3:16-cv-02116-SI<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered June 28, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $41.50.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT